UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT | ) ) ) | No. C09-5269 CRB |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **NOTICE OF RECUSAL** |
| CONTINENTAL CASUALTY COMPANY, | ) ) | |
| Defendant(s). | ) ) ) ) ) | |

I hereby recuse myself in the above action.

Dated: November 17, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\pdftoefile\BART RECUSAL.wpd

1