UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT<br><br>    Plaintiff(s),<br><br>    v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant(s). | No. C09-5269 CRB<br><br>**NOTICE OF RECUSAL** |

    I hereby recuse myself in the above action.

Dated:  November 17, 2009

                                              Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\pdftoefile\BART RECUSAL.wpd

1