| | |
|---|---|
| 1 | Michael Li-Ming Wong (SBN 194130) |
| 2 | Michael.Wong@ropesgray.com |
| | ROPES & GRAY LLP |
| 3 | One Embarcadero Center, Suite 2200 |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 315-6000 |
| | Facsimile: (415) 315-6350 |
| 5 | |
| 6 | Attorneys for Third Party Defendants |
| | SWISS REINSURANCE COMPANY LTD.; LEXINGTON INSURANCE COMPANY; |
| 7 | CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; and INTEGON SPECIALTY |
| | INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, a rapid transit district organized and existing under the laws of the State of California,<br><br>        Plaintiffs,<br><br>    v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 20, inclusive,<br><br>        Defendant. | CASE NO. CV 09 5269 CRB<br><br>**[~~PROPOSED~~] ORDER RE CONTINUANCE OF CONTINENTAL CASUALTY COMPANY'S MOTION TO COMPEL ARBITRATION AND TO STAY ACTION PENDING ARBITRATION AND EXTEND TIME FOR THIRD PARTY DEFENDANTS TO RESPONSE TO THIRD PARTY COMPLAINT** |
| CONTINENTAL CASUAL INSURANCE COMPANY,<br><br>        Third Party Plaintiff,<br><br>    v.<br><br>SWISS REINSURANCE COMPANY LTD.; LEXINGTON INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; INTEGON SPECIALTY INSURANCE COMPANY; and ROES 1 through 50,<br><br>        Third Party Defendants. | |

Based upon on the Stipulation filed by the parties, and GOOD CAUSE BEING SHOWN, this Court orders that:

1. The hearing on CONTINENTAL CASUALTY COMPANY's motion to Compel Arbitration and to Stay Action Pending Arbitration is continued to 1/29/2010 at 10:00 a.m. in Courtroom  8 ; and

2. SWISS REINSURANCE COMPANY LTD., LEXINGTON INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON and INTEGON SPECIALTY INSURANCE COMPANY shall have up to and until 1/11/2010, to respond to the Third Party Complaint in this action.

IT IS SO ORDERED

Dated:  December 08 , 2009

Hon. Charles R. Breyer
UNITED STATES DISTRICT COURT