1  Michael Li-Ming Wong (SBN 194130)
   Michael.Wong@ropesgray.com
2  ROPES & GRAY LLP
   One Embarcadero Center, Suite 2200
3  San Francisco, CA 94111
   Telephone: (415) 315-6000
4  Facsimile: (415) 315-6350
5
   Attorneys for Third Party Defendants
6  SWISS REINSURANCE COMPANY LTD.; LEXINGTON INSURANCE COMPANY;
   CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; and INTEGON SPECIALTY
7  INSURANCE COMPANY
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, a rapid transit district organized and existing under the laws of the State of California<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | CASE NO. CV 09 5269 CRB<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF CONTINENTAL CASUALTY COMPANY'S MOTION TO COMPEL ARBITRATION AND TO STAY ACTION PENDING ARBITRATION AND EXTEND TIME FOR THIRD PARTY DEFENDANTS TO RESPONSE TO THIRD PARTY COMPLAINT** |
| CONTINENTAL CASUAL INSURANCE COMPANY<br><br>Third Party Plaintiff,<br><br>v.<br><br>SWISS REINSURANCE COMPANY LTD.; LEXINGTON INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; INTEGON SPECIALTY INSURANCE COMPANY; and ROES 1 through 50,<br><br>Third Party Defendants. | |

-1-
[PROPOSED] ORDER RE CONTINUANCE OF CONTINENTAL CASUALTY COMPANY'S MOTION TO COMPEL ARBITRATION AND
TO STAY ACTION PENDING ARBITRATION AND EXTEND TIME FOR THIRD PARTY DEFENDANTS TO RESPONSE TO THIRD
PARTY COMPLAINT

1    Based upon on the Stipulation filed by the parties, and GOOD CAUSE BEING SHOWN,

2    this Court orders that:

3        1.    The hearing on CONTINENTAL CASUALTY COMPANY's motion to Compel

4    Arbitration and to Stay Action Pending Arbitration is continued to  _1/29/2010____  at  _10:00 a.m._

5    in Courtroom  _8_; and

6        2.    SWISS    REINSURANCE    COMPANY    LTD.,    LEXINGTON    INSURANCE

7    COMPANY,   CERTAIN   UNDERWRITERS   AT   LLOYD'S,   LONDON   and   INTEGON

8    SPECIALTY INSURANCE COMPANY shall have up to and until  _1/11/2010_____, to respond to

9    the Third Party Complaint in this action.

10

11       IT IS SO ORDERED

12

13   Dated:  __December 08___, 2009         _____

14                                  Hon. Charles R. Breyer
                                     UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28
-2-
[PROPOSED] ORDER RE CONTINUANCE OF CONTINENTAL CASUALTY COMPANY'S MOTION TO COMPEL ARBITRATION AND
TO STAY ACTION PENDING ARBITRATION AND EXTEND TIME FOR THIRD PARTY DEFENDANTS TO RESPONSE TO THIRD
PARTY COMPLAINT