UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, a rapid transit district organized and existing under the laws of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 20, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | **Case No. CV09-05269-CRB-MEJ**<br><br>**ORDER REGARDING JOINT STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND RULE 26 INITIAL DISCLOSURES** |

FOR GOOD CAUSE SHOWN, THE COURT ORDERS:

1. The Initial Case Management Conference scheduled for February 12, 2010 is continued to February 26, 2010;

2. Filing of the Case Management Statement, including the Rule 26(f) report, is continued to February 19, 2010;

3. The parties have until March 5, 2010 to complete Rule 26(a) initial disclosures; and

///

///

1    4. Filing of the ADR Certification signed by Parties and Counsel is continued to
2       February 5, 2010.
3    IT IS SO ORDERED.
4    Dated: January 22, 2010

_____
District Court Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*

- 2 -
ORDER RE JOINT STIPULATION CONTINUING CMC AND RULE 26 INITIAL DISCLOSURES