1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   SAN FRANCISCO BAY AREA RAPID          )   **Case No. CV09-05269-CRB-MEJ**
     TRANSIT DISTRICT, a rapid transit     )
12   district organized and existing under the  )   **ORDER REGARDING JOINT**
     laws of the State of California,       )   **STIPULATION CONTINUING CASE**
13                                          )   **MANAGEMENT CONFERENCE AND**
                    Plaintiff,              )   **RULE 26 INITIAL DISCLOSURES**
14                                          )
            vs.                             )
15                                          )
     CONTINENTAL CASUALTY                   )
16   COMPANY, an Illinois Corporation, and  )
     DOES 1 through 20, inclusive.          )
17                                          )
                    Defendants.             )
18   _____  )
                                            )
19   AND RELATED COUNTERCLAIM.              )
                                            )
20   _____  )

21          FOR GOOD CAUSE SHOWN, THE COURT ORDERS:

22          1.   The Initial Case Management Conference scheduled for February 12, 2010 is

23               continued to February 26, 2010;

24          2.   Filing of the Case Management Statement, including the Rule 26(f) report, is

25               continued to February 19, 2010;

26          3.   The parties have until March 5, 2010 to complete Rule 26(a) initial disclosures; and

27   ///

28   ///

1      4.  Filing of the ADR Certification signed by Parties and Counsel is continued to

2      February 5, 2010.

3      IT IS SO ORDERED.

4  Dated: January  22 , 2010

5

6      District Court Judge

7

8      Judge Charles R. Breyer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE JOINT STIPULATION CONTINUING CMC AND RULE 26 INITIAL DISCLOSURES