1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO BAY AREA RAPID )     **Case No. CV09-05269-CRB-MEJ**
    TRANSIT DISTRICT, a rapid transit )
12 district organized and existing under the )     **ORDER REGARDING CONTINUING**
    laws of the State of California, )     **CASE MANAGEMENT CONFERENCE**
13                           )     **AND RULE 26 INITIAL DISCLOSURES**
            Plaintiff, )
14                           )
      vs. )
15                           )
    CONTINENTAL CASUALTY )
16 COMPANY, an Illinois Corporation, and )
    DOES 1 through 20, inclusive. )
17                           )
           Defendants. )
18 ————————————————— )
                          )
19 AND RELATED COUNTERCLAIM. )
                          )
20 ————————————————— )

21        FOR GOOD CAUSE SHOWN, THE COURT ORDERS:

22        1.   The Initial Case Management Conference scheduled for February 26, 2010 is

23               continued to <u>April 30, 2010 at 8:30</u> a.m.;

24        2.   An updated Joint Case Management Statement shall be filed on <u>April 23, 2010</u> and

25 /// 

26 /// 

27 /// 

28 /// 

ORDER RE CONTINUING CMC AND RULE 26 INITIAL DISCLOSURES

1        3.  The parties have until April 16, 2010 to complete Rule 26(a) initial disclosures.

2

3        IT IS SO ORDERED.

4

5   Dated: February 23 2010

6

7                                                    Judge Charles R. Breyer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28