1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, a rapid transit district organized and existing under the laws of the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois Corporation, and DOES 1 through 20, inclusive.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | **Case No. CV09-05269-CRB-MEJ**<br><br>**ORDER REGARDING CONTINUING CASE MANAGEMENT CONFERENCE AND RULE 26 INITIAL DISCLOSURES** |

FOR GOOD CAUSE SHOWN, THE COURT ORDERS:

1. The Initial Case Management Conference scheduled for February 26, 2010 is continued to <u>April 30, 2010 at 8:30</u> a.m.;

2. An updated Joint Case Management Statement shall be filed on <u>April 23, 2010</u> and

///
///
///
///

1      3.  The parties have until April 16, 2010 to complete Rule 26(a) initial disclosures.

3      IT IS SO ORDERED.

5  Dated: February 23, 2010

                                                      IT IS SO ORDERED
                                                   Judge Charles R. Breyer